ALEXANDER ROCHINSKY v. STATE OF NEW JERSEY,
DEPARTMENT OF TRANSPORTATION.

March 10, 1987.

Petition for certification granted.   (See 214 *N.J.Super.* 525)

STATE OF NEW JERSEY v. SAMUEL MALONE.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN LEE.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RODNEY SEASE.

March 10, 1987.

Petition for certification denied.